

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00891-CV

**IN THE ESTATE OF ADRIAN DALE WILKINSON**,

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-03-0123-CVW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The appellant's second unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to March 20, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court